Case No: 05-1805

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**FILED
JAN 1 3 2006
LEONARD GREEN, Clerk**

ORDER

SPARTANBURG REGIONAL HEALTHCARE SYSTEM, on behalf of itself and others similarly situated

    Plaintiff

STRYKER CORPORATION

    Movant - Appellee

1;04mc102
Enslen

v.

HILLENBRAND INDUSTRIES, INC.; HILL-ROM, INC.; HILL-ROM CO., INC.

    Defendants - Appellants

Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

The Joint Appendix was not filed by 12/16/05.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT

Leonard Green, Clerk

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By _Bryant Cratchel_
    Deputy Clerk

_Leonard Green_ /bc